No. 83–1986.   HAIMOWITZ *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–2073.   FERGUSON *v.* WALTERS, ADMINISTRATOR OF THE VETERANS ADMINISTRATION.   C. A. 11th Cir.   Certiorari denied.

No. 83–6990.   LAUCHLI *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–223.   TRIPLE "A" MACHINE SHOP, INC. *v.* SOUTHWEST MARINE, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–236.   ALBERICI *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–241.   GARVEY *v.* PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 84–324.   GAMBLE *v.* VAN DER EYKEN.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 84–332.   AGENCY HOLDING CORP. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC.; and

No. 84–340.   CROWN LIFE INSURANCE CO. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.   Reported below: 734 F. 2d 133.

No. 84–338.   A & P STEEL, INC. *v.* ROSEBUD SIOUX TRIBE. C. A. 8th Cir.   Certiorari denied.

No. 84–352.   CODY ET AL. *v.* DONOVAN, SECRETARY OF LABOR, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–358.   LOCAL 1814, INTERNATIONAL LONGSHOREMEN'S ASSN. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–404.   BEALE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.